UNITED STATES of America, Appellant, v. Mrs. Edna Hogan BRYANT, Administratrix of the Estate of Ernest Floyd Hogan, and Mrs. Ellen Stultz Hogan, Beneficiary, Appellees.

No. 7410.

Circuit Court of Appeals, Sixth Circuit.

March 9, 1938.

Horace Frierson, Jr., U. S. Atty. and A. O. Denning, Asst. U. S. Atty., both of Nashville, Tenn., and Julius C. Martin, Wilbur C. Pickett and Young M. Smith, all of Washington, D. C., for appellant.

Roberts & Roberts, of Nashville, Tenn., for appellees.

Before HICKS and ALLEN, Circuit Judges, and DRUFFEL, District Judge.

PER CURIAM.

It appearing that there was substantial evidence that the veteran Ernest Floyd Hogan became permanently and totally disabled during the life of the war risk policy sued on, and it further appearing that the question of whether he became totally and permanently disabled on July 15, 1919, or between that date and October 1, 1924, was not properly preserved

for review, either by request for a specific finding or by exception or by an assignment of error, it is therefore ordered and adjudged that the judgment appealed from be, and the same is, affirmed.